UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
Oct 4, 2010
OCT 4 2010
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kendell Bowman (Brown)
Plaintiff,

-vs-

Superintendent Snooks, Sergeant
Brandon, Officer Maas, John Doe #1,
John Doe #2 (Cook County Department of
Corrections) Defendants.

Complaint

**10CV6339**
**JUDGE KENNELLY**
**MAGISTRATE KEYS**

## Jurisdiction and Venue

1. This is a Civil Action authorized by 42 U.S.C. Section 1983 to Redress the Deprivation, under Color of State Law, of Rights Secured by the Constitution of the United States.

   The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3).

2. The United States Northern District of Illinois

EASTERN DIVISION IS AND APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b) (2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## PLAINTIFF

3. PLAINTIFF, KENDELL BOWMAN (BROWN), IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS IN THE STATE OF ILLINOIS. HE IS CURRENTLY IN THE CUSTODY OF THE STATE OF ILLINOIS.

## DEFENDANTS

4. DEFENDANT, SNOOKS AT ALL TIMES RELEVANT WAS THE SUPERINTENDENT OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF C.C. DOC, DIV. #16 AND FOR THE WELFARE OF ALL THE DETAINEES OF DIV. #16.

5. DEFENDANT BRANDON IS THE SERGEANT OF C.C. DOC WHO,

(2)

AT ALL TIMES MENTIONED IN THIS Complaint, held THE RANK OF A SERGEANT AND WAS ASSIGNED TO DIV.# 16 OF C.C. DoC.

6. DEFENDANT MAAS IS A CORRECTIONAL OFFICER OF C.C. DoC who, AT ALL TIMES MENTIONED IN THIS Complaint, held THE RANK OF A PRISON GUARD AND WAS ASSIGNED TO C.C. DoC DIV.#10.

7. DEFENDANT JohN DoE #1 IS A CORRECTIONAL OFFICER OF C.C. DoC who, AT ALL TIMES MENTIONED IN THIS Complaint, held THE RANK OF A PRISON GUARD AND WAS ASSIGNED TO C.C. DoC DIV.# 10.

8. DEFENDANT JohN DoE #2 IS A CORRECTIONAL OFFICER OF C.C. DoC who, AT ALL TIMES MENTIONED IN THIS Complaint, held THE RANK OF A PRISON GUARD AND WAS ASSIGNED TO C.C. DoC DIV.# 16.

9. Each DEFENDANT IS SUED INDIVIDUALLY AND IN his OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS Complaint Each DEFENDANT ACTED UNDER THE Color OF STATE Law.

# FACTS

10. On the Date of 11-21-08 plaintiff was in the Gym Room with the rest of his Living Unit which was 3-A when Two Detainees Started to Fight in Close Proximity of him as he Started to Retreat to Safety he Seen Sergeant Brandon Running in plaintiff Direction while Grabbing his Mace Spray Can. Sergeant Brandon was in the Gym Room on Guard Watching the Detainees and was Able to See when the Two Initial Detainees Started to Fight and was well aware that plaintiff Disn't have nothing to Do with the Incident. But he took out his Mace and Started to Spray Recklessly at Everybody in the Area. Almost Totally missing the Intended Target if an Fact the Actual Detainees that was involved in the Incident was the Intended Target however plaintiff and Several other Detainees was Sprayed with most of the Spray out of his First Can. Plaintiff was

(4)

Sprayed about the body, face and eyes. More Correctional Officers came into the Gym Room and Sergeant Branson used Two more cans of mace. All Detainees was ordered to lay face down on the floor. After the officers gain total control of the incident they begin to assemble Detainees a couple at a time to go back to the living unit. However, plaintiff was one of the first group of Detainees to be called to go back to the living unit. Plaintiff was handcuffed then picked up off the floor by an unknown officer identified as John Doe #1, do to his inability to see as a result of being sprayed in the eyes with mace, Plaintiff told him that he was sprayed in the eyes with mace and needed medical attention. John Doe #1 then told plaintiff that after they know what's what he then will see if they can take care of that. Plaintiff was then giving to another unknown officer identified as John Doe #2 who walked him towards the door and out the Recreational Room, Plaintiff then said to John

Doe # 1 as they begin to walk to the door "Officer I was sprayed with the mace in my eyes of which any normal person would of notice and it's burning and hurting like hell I need some medical attention now." John Doe # 2 (Unknown Officer) then said "Shut the fuck up or I would write you up and ya'll be going to the hole with the rest of them pussy mutherfuckers". Plaintiff didn't have nothing at all to do with the fight and was not wrote up or giving any disciplinary actions. Plaintiff heard the Supt. Vice as he was walking out the Gym Room and was barely able to open his eyes to make sure it was him. Plaintiff then stopped walking right there at the Gym Room door where the Supt. was and told him that he had been sprayed in the eyes with mace and had nothing to do with the incident. Plaintiff felt that the Supt. had the power to make his officers take him to get medical attention right away. But the Supt. reply was " I don't give a fuck." plaintiff was the pushed out of the door by Officer (John Doe # 2) and

FORCED BACK TO THE LIVING UNIT. PLAINTIFF WAS THEN HANDED OVER TO OFFICER MAAS which WAS THE LIVING UNIT OFFICER AFTER MAKING IT TO THE LIVING UNIT. AND he WAIKED PLAINTIFF TO his Cell AND locked him IN. As PLAINTIFF WAS WAIKING TO THE Cell he Told OFFICER MAAS A bout THE INCIDENT WITH him being Sprayed IN THE Eye, AND ASK Could he be GIVING Some MEDICAL ATTENTION OR be Allowed A Shower TO Try TO DeCon- TAMINATE himSelf. OFFICER MAAS THEN STATED "WAIT INTO I lock THE whole LIVING UNIT up FIRST" howEver THE OFFICER THAT brought PLAINTIFF TO THE LIVING UNIT heard him ASK OFFICER MAAS AND Said "Supt. Said FUCK him." THEN OFFICER MAAS Told PLAINTIFF TO JUST USE THE SINK THATS IN THE Cell. PLAINTIFF THEN Told him THE SINK IN his Cell DISN'T WORK but OFFICER MAAS locked him up IN THE Cell Anyway. AND WAIKED Away. Upon INFORMATION AND beIIEF Some DETAINEES THAT had NOTHING TO DO WITH THE INCIDENT AND WAS Still IN THE Gym Room when PLAINTIFF WAS brought back TO THE LIVING UNIT WAS Took TO THE DISPENSARY TO

DECONTAMINATE THEM FROM being SPRAYED WITH THE MACE.
PLAINTIFF KICKED ON his Cell DOOR AND SCREAMED OUT
THE 'chuck hole' FOR help FOR OVER TWO hours, BEFORE
he WAS OVERTAKING by THE EXCRUCIATING PAIN AND
FORCED TO USE his URINE AND FECES FILLED TOILET FOR
DECONTAMINATION. PLAINTIFF SINK AND TOILET had
STOP WORKING almost LIKE A WEEK bEFORE THE INCIDENT.
HOWEVER RIGHT AFTER THIS plAINTIFF STARTED having
MIAGRANE LIKE head Ache AROUND my EYE SOCKETS.
PlAINTIFF TAlKED TO A DOCTOR AND WAS GIVING
MEDICATION. PlAINTIFF THEN had TO SEE A EYE DOCTOR
AND WAS TOld my EYE SIGHT have DECREASED AND WAS
GIVING A pRESCRIPTION FOR GLASSES. THIS WAS A Result
OF plAINTIFF being SPRAYED IN THE EYES WITH MACE.

## Exhaustion Of Remedies

11. Plaintiff Re Alleges paraGraph 1 through 10 as if fully Stated here.

12. Plaintiff Filed a Grievance with the Administration of the Institution Concerning the Facts In this Complaint before bringing this Action In Federal Court. However the Grievance was Not Resolved to plaintiff's Satisfaction So plaintiff appeal the Grievance. Plus plaintiff Continued to Complain to Authorities.

13. Plaintiff Filed 10 Grievance Concerning this matter. And all Grievance and Responses Is label as Exhibit A through R.

## Legal Claim

14. Plaintiff Re Alleges paragraph 1 through 13 as if fully Stated here.

15. Defendants Officer Maas, Unknown Officer (John Doe # 1) And Unknown Officer (John Doe # 2) All Learned of the Violation of plaintiff Rights by him being Sprayed with Mace about the body, Face and Eyes while having Nothing to Do with the Incident that was The Cause of Spraying. However after being well aware that plaintiff Safety was at Risk Defendants

Fail to take the proper Steps to mitigate this Dangerous Circumstance and Acting with a total Reckless and Disregard For plaintiff physical Safety. So by Acting with unprofessional And a Wanton Conduct Defendants Ignored the Imminent Danger to plaintiff and Allowed And Forced him into a unSafe living Environment Showing Deliberate Indifference and Cruel And Unusual Punishment which violate plaintiff Eighth Amendment Rights under the United States Constitution.

16. Defendant SerGeant Brandon was Fully Aware that plaintiff Didn't have nothing to do with the incident and Still Sprayed him For no Reason. And Even after the incident was well under Control SerGeant Brandon Fail to Reget To the health and Safety of plaintiff So after learning plaintiff health and Safety was at Risk Defendant Sgt. Brandon Did not take the proper Steps to mitigate this Dangerous Circumstance and Acted with a total Reckless and DisReGard For the physical Safety of Detainees under his watch, thereby violating plaintiff Rights and Constituting Cruel And Unusual punishment and Deliberate Indifference under the Eighth Amendment of the United States Constitution.

17. Defendant Superintendent Snooks instructed his

Guards to ignore plaintiff medical needs by saying Fuck him and created a policy for his Guards not to React to the imminent physical harm to plaintiff.

18. Defendant Superintendent Snooks after being well aware of plaintiff Exposure to the Mace and the imminent Danger Failed to Act in a way that led to the Violation of plaintiff's Rights.

19. Defendant Superintendent Snooks is also aware that his Officer in Div. #10 have a habit of Spraying Mace on more than just the Detainees who are involved in the altercations. This practice if not malicious, Wanton or intentionally Callous, is a Failure to Train Officers to Spray and handle their Mace in a way that would minimize physical health injuries to Detainees as well as other Officers.

20. Defendant Superintendent Snooks was Grossly Neglecent in managing the people he supposed to Supervise. This Failure to Train and Manage his Officers is the Result of physical Injuries to plaintiff and Shows a Malicious, Wanton, Intentionally Callous and Deliberate Indifference as well as Reckless Disregard for the Safety of plaintiff and other Detainees. Thereby Violating their

Constitutional Protected Rights.

## Relief

WHEREFORE, Plaintiff Respectfully prays that this Court Enter Judgment Granting plaintiff:

21. Compensatory Damages In The Amount of $15.000 Against Each Defendant.

22. Punitive Damages In The Amount of $15.000 Against Each Defendant.

23. Plaintiff Costs In This Suit.

24. A Jury Trial on All Issues Triable by Jury.

25. Any Additional Relief This Court Deems Just, Proper, and Equitable.

Dated : _____

_____

_____

_____

Respectfully Submitted

## VERIFICATION

By SIGNING THIS COMPLAINT, I CERTIFY THAT THE FACTS STATED IN THIS COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I UNDERSTAND THAT IF THIS CERTIFICATION IS NOT CORRECT, I MAY BE SUBJECT TO SANCTIONS BY THE COURT.

/s/————————————

**EXHIBIT, A**

Part-A / Control #: _____X_____

Referred To: DiV 10 SuPT

☒ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown        First Name: Kendell

ID #: 2005-0054065 Div.: 10 Living Unit: 3-A Date: 11/17/08

BRIEF SUMMARY OF THE COMPLAINT: My sink dont work
i been tell the officer for two
weeks

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
all the officer that work 3-A from 11-16-0

ACTION THAT YOU ARE REQUESTING:
that my sink be fixed

### DETAINEE SIGNATURE: Kendell Brown

C.R.W.'S SIGNATURE: X Zendium        DATE C.R.W. RECEIVED: 12/8/05

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

EXHIBIT, B

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: Brown        First Name: Kendell

ID#: 2005-0054005   Div: 10   Tier/LivingUnit: 3A

Date of Request: 11/17/08     Date C.R.W. Received Request: 12/6/08

This request has been processed by: X Anderson        C.R.W.

**Summary of Request:**

Detainee is requesting that his cell his
cell be repaired

**Response and/or Action Taken:**

_____  _____  Date: __/__/__  Div./Dept. ___
(Print- name of individual responding)   (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

**EXHIBIT,C**

Part-A / Control #: _____X_____

Referred To: DIV 1C CLOTHING RQ

☒ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: Brown          First Name: Kendell

ID #: 2005-0051065   Div.: 10   Living Unit: 3-A   Date: 11/02/08

BRIEF SUMMARY OF THE COMPLAINT: on the date of 11/21/08
I was sprayed with mace about the
body all in the eye going to it. My
uniform pant, SOCKS and t-shirt was
damage ~~t-shirt~~ My Boxers, sock and
t-shirt i paid for with my own money
clot-because i had nothing to do with the
incident that cause out Brenden to spray
me the fult of my clothes being
damage is on C.C.DOC.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Left side-officer Brenden, officer Mass

ACTION THAT YOU ARE REQUESTING: that i be reimburse for my clothes that was
damage.

**DETAINEE SIGNATURE:** Kendell Brown

C.R.W.'S SIGNATURE: X Langum          DATE C.R.W. RECEIVED: 12/16/08

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT B

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: Brown          First Name: Kiniwll

ID#: 205-005405  Div: 10  Tier/LivingUnit: 3A

Date of Request: 11/22/08    Date C.R.W. Received Request: 12/8/08

This request has been processed by: X Cranston          C.R.W.

**Summary of Request:**

Detainee is requesting that his undergarments be replaced (boxers, t-shirt and socks) due to the items being sprayed and damaged by mace on 11/21/08.

**Response and/or Action Taken:**

_____  _____  Date: __/__/__  Div./Dept. 10
(Print- name of individual responding)   (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

*Prog [illegible]*
*Not request.*
EXHIBIT E
*2 of 2*

Part-A / Control #: 2008X 2116

Referred To: DIV 10 SUPT

☐ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown     First Name: Kendell

ID #: 2005-0051065   Div.: 10   Living Unit: 3-A   Date: 11/22/08

BRIEF SUMMARY OF THE COMPLAINT: On the date of 11/21/08 I was in the recreational room with the rest of my unit when two detainees started to fight. I was in close proximity when Sgt. Brandon acted to control the incident by spraying a orange liquid substance (I believe to be mace) almost totally missing the intended target and hit me with most of the spray. after the incident was under control i ask to be giving medical attention but was denied and forced to go to my cell and stay. and i receive no standar procedure actions to clb after being sprayed.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Supt. Snooks Sgt. Brandon. officer mass. officer

ACTION THAT YOU ARE REQUESTING: Sgt Brandon and ~~[redacted]~~
officer mass to get ~~[redacted]~~ week off without pay.

DETAINEE SIGNATURE: *Kendell Brown*

C.R.W.'S SIGNATURE: *A. Flowers*     DATE C.R.W. RECEIVED: 12/8/08

---

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _2055X_ _21010_

Referred To: _DIV 10 SUPT_

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Brown_   First Name: _Kendell_

ID #: _2005-0054065_ Div.: _10_ Living Unit: _3A_ Date: _11/20/06_

BRIEF SUMMARY OF THE COMPLAINT: _On the date of 11/21/06_
_I was sprayed with mace in the gym (so)_
_i had nothing to do with the incident that was the_
_cause of the spraying after tell several office_
_that i needed medical attention was told shut the_
_fu#k up or i would be put in the hole with_
_the guys that was in the incident. upon leaving_
_the gym room i told the supt. that i was was_
_sprayed in the eye he told me he didn't give a_
_fu#k. after making it back on the tit officer mags_
_was locking up the detainee. so i told him and he said_
_to wash my eye in the sink (my cell) so i told him i_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Supt. Andrs. Sgt. Brenden. officer mags, _____

ACTION THAT YOU ARE REQUESTING: _that the supt. sgt. and officer that_
_had knowledge of the incident sit be let see be in_
_medical needs being taken care of be punish._

## DETAINEE SIGNATURE: _Kendell Brown_

C.R.W.'S SIGNATURE: _Xxxxxx_   DATE C.R.W. RECEIVED: _12/6/06_

> Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
> All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: BROWN    First Name: KENDULL    ID# 2005-WW4175

Is This Grievance An **Emergency?**    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges unprofessional conduct by officer.

C.R.W. Referred Griev. To: DIV 10 SUP    Date Referred: 10/9/05

Response Statement: _____

_____

_____

_____

_____ - _____ Date: __/__/__ Div./Dept. _____
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_____ - _____ Date: __/__/__ Div./Dept. _____
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_____ - _____ Date: 12/10/07
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 12/09/07 **Detainee Signature:** Kendell Brown

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* 12/6/__

*Detainee's Basis For An Appeal:* I was sprayed with Mace i didn't use a nothing to do with the incident to be sprayed, i went here write up or recieve discipline, here is i did't do nothing

*Appeal Board's Acceptance Of Detainee's Request:*    YES ☒    NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*

Please provide incident reports regarding this matter.

_____

*Appeal Board's Signatures / Dates:*

_____    _____

**Date Detainee Rec'd the Appl. Bd.'s Response:** 01/22/07 **Detainee Signature:** Kendell Brown

GRIEVANCE CODE(S): ( _____ ) ( _____ ) ( _____ ) ( _____ )

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

3 of 5

EXHIBIT, H

Part-A / Control #: 2007 X 0022

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown    First Name: Kendell

ID #: 2005-0054065 Div.: 10  Living Unit: 3-A  Date: 12/19/08

BRIEF SUMMARY OF THE COMPLAINT: I talk to Dr. R. LEDVORA agin on 12/09/08 about my incident with me being sprayed in the eye with mace and the fact that now it feel like a a lengthy exposure to light hurt and irritate my eyes. I start seeing blurry and then get like this Micarane feeling in my eyes. I think I really need my eyes checked by a eye Doctor. I will like for this to be proc essed as a grievance.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Dr. R. LEDVORA - Supt Snooks - Nurse Andy

ACTION THAT YOU ARE REQUESTING:

that i have my eyes check by a eye Doctor

DETAINEE SIGNATURE: Kendell Brown

C.R.W.'S SIGNATURE: A. Williams    DATE C.R.W. RECEIVED: 1, 2,09

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

1 of 2

EXHIBIT, J

Part-A / Control #: 2007X0152

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown          First Name: Kendell

ID #: 2005-0051065  Div.: 10   Living Unit: 3-A  Date: 01/21/09

BRIEF SUMMARY OF THE COMPLAINT: On or about 1-08-09 i went to see
The eye doctor about my constant extreme severe
head aches and blur of sight which i believe
to be the result of me being sprayed in
the eyes with mace on 11/21/08 or about
that day. however the eye doctor said as far as u
could see my vision was 20/20 for now. But
i still these head aches at less once a day.
it's like i strain to see from a constant exp-
-osure to light then i see blurry and in
in rainbow colors then the migraine throb
-bing around my eyes. Dr. R. LEDVORA give me medic
-tion that dont seem to really work or help be he
never diagnose me with nothing. just to

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Dr. R. LEDVORA

ACTION THAT YOU ARE REQUESTING: That i see another doctor or
get some kind of diagnosis on what wrong with me

DETAINEE SIGNATURE: Kendell Brown

C.R.W.'S SIGNATURE: A Kunium          DATE C.R.W. RECEIVED: 1/26/09

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

**EXHIBIT, K**

Part – B / Control # _____

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _Brown_     **First Name:** _Kendall_     **ID#:** _2005-0054065_

**Is This Grievance An Emergency?** YES ☐     NO ☒

**C.R.W.'S Summary Of The Complaint:** _Detainee alleges lack of medical attention_

**C.R.W. Referred Griev. To:** _Cermak_     **Date Referred:** _1/28/09_

**Response Statement:** _Referred to Medical Director_

_C. Smith_ - _(signature)_     **Date** _1/30/09_   **Div./Dept.** _CMS_
(print - name of individual responding to this griev.)  (signature of individual responding to this griev.)

_(print - name of Supt. / Designee / Dept. Admin.)_  _(signature of Supt. / Designee / Dept. Admin.)_   **Date** _01/3/09_   **Div./Dept.** _10_

_(print - name of Prog. Serv. Admin./ Asst. Admin.)_  _(signature of Prog. Serv. Admin./ Asst. Admin.)_   **Date** _1/30/09_

**Date Detainee Received Response:** _02/05/09_   **Detainee Signature:** _Kendell Brown_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** _03/05/09_

**Detainee's Basis For An Appeal:** _I talk to eye doctor but he said he thinks I is lying about my eye problem and said he just goin to put me see 20/20 I need to see another eye doctor, please._

**Appeal Board's Acceptance Of Detainee's Request:** YES ☒     NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
Please ensure detainee medical concerns are addressed ASAP.

**Appeal Board's Signatures / Dates:** _(signature)_

**Date Detainee Rec.'d the Appl. Bd.'s Response:** _03/10/09_   **Detainee Signature:** _Kendell Brown_

**GRIEVANCE CODE(S):** ( _____ ) ( _____ ) ( _____ ) ( _____ )

WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

S

Part-A / Control #: _____
Referred To: _____
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown          First Name: Kendell

ID #: 2005 2005 1005 Div.: 10 Living Unit: 3-A Date: 02/09/09

BRIEF SUMMARY OF THE COMPLAINT: I have complain about my
eye problem with the medical professional
(constant hi migranes and blur of sight)
this problem is the cause of me
being sprayed in the eye with mace
and not properly treated. however some
of the Doctor here give me medication to
to help me cope with the problem but what
ever it is that i take i'm not working
im still suffering the same.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Dr. R. Leduora

ACTION THAT YOU ARE REQUESTING:
that i be given a diffrent type of medication
that work.

## DETAINEE SIGNATURE: Kendell Brown

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: 3/13/09

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT _I_ M

Part-A / Control #_____

Referred To: _____

☐ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown          First Name: Kendell

ID #: _____ Div.: 10  Living Unit: 3-A  Date: 3/24/09

**BRIEF SUMMARY OF THE COMPLAINT:** On the date of 03-06-09
I received a response to my appeal about
a grievance of me being sprayed in the eye
with mace however they response say that
"please ensure detainee medical concerns
are addressed ASAP, but I talk to the
eye doctor C.C.DOC keep sending me to because
me and him had exchange some unprofessional
words. I think that they way he is acting prejudice
towards me and went give me accurate eye
exam which would lead to my eye still hurting so far
on there saying I am just like the rest of black people
multiple times.

**NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
Medical Director.

**ACTION THAT YOU ARE REQUESTING:** that I be able to see another eye
doctor because the one I seen isn't prejudice
against me.

**DETAINEE SIGNATURE:** _Kendell Brown_

**C.R.W.'S SIGNATURE:** _____     **DATE C.R.W. RECEIVED:** 3/13/09

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT N

Part-A / Control #: 2US1X0127

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown          First Name: Kendell

ID #: 2005-0054065 Div.: 10 Living Unit: 3-A Date: 07/09/09

BRIEF SUMMARY OF THE COMPLAINT: On two different occasion
I received medical misconduct from the
doctor eye Cermak hospital as well as racial
slurs from him. this misconduct is
inappropriate and unprofessional. however
this conduct was feel to us not being
able to received proper medical treatm

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
that this matter is look into ASAP and I am
serious.

**DETAINEE SIGNATURE:** _Kendall Brown_

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 3/13/09

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _____ First Name: _____ ID#: _____

Is This Grievance An **Emergency?** YES ☐ NO ☐

C.R.W.'S Summary Of The Complaint: _____
_____ _____ and visit - medical guardian

C.R.W. Referred Griev. To: _____ Date Referred: 3/13/09

Response Statement: _____
Refer to Med. at Div. by Div. Physician _____

_____

_____ _____ Date: 3/16/09 Div./Dept. _____
(print - name of individual responding to this griev.)   (signature of individual responding to this griev.)

Sup. M. ll _____ Date: 3/19/09 Div./Dept. II
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

_____ _____ Date: 3/17/09
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 04/07/9 Detainee Signature: Kendall Brown

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** 0407/09

**Detainee's Basis For An Appeal:** I really need to see another eye Doctor this is a medical issue and so to be address. I correctly on medication, but it don't

**Appeal Board's Acceptance Of Detainee's Request:** YES ☒ NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
Please ensure detainee medical needs are addressed ASAP.

**Appeal Board's Signatures / Dates:** _____ March 4/22/09

Date Detainee Rec'd the Appl. Bd.'s Response: 05/04/09 Detainee Signature: Kendall Brown

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: ___X___

Referred To: _Supt Div-10_

☑ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Brown_ First Name: _Kendell_

ID #: _2005-0054665_ Div.: _10_ Living Unit: _1-A_ Date: _08/24/09_

BRIEF SUMMARY OF THE COMPLAINT: _I am indigent and cant_
_afford to buy eine or reading glasses._
_I have a prescription from the eye doctor_
_saying I need glasses. however because of_
_me being indigent and incarcerated I_
_could not provide the adrquate care_
_needed so therefor C.C.Doc have a_
_priority through inmate trust fund to_
_make sure inmates needs are met_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Mr Bush_

ACTION THAT YOU ARE REQUESTING:
_To be giving glasses._

**DETAINEE SIGNATURE:** _Kendell Brown_

C.R.W.'S SIGNATURE: _See Welfare Dean_ DATE C.R.W. RECEIVED: _9 3 09_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT Q

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: _Brown_ First Name: _Kimbell_

ID#: _2005-0054065_ Div: _10_ Tier/LivingUnit: _4A_

Date of Request: _8/2/09_ Date C.R.W. Received Request: _9/3/09_

This request has been processed by: _See worker Cea_ C.R.W.

*Summary of Request:*

_Detainee would like some eyeglasses_

*Response and/or Action Taken:*

_per Supt. "Detainee should forward prescription to family or friend to have glasses made and brought to the CCDOC. family must present prescription and eyeglasses (plastic only) to division lobby."_

_See worker Cea_ - _See worker Cea_ Date: _9/3/09_ Div./Dept. _10_
(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EXHIBIT,R**

**Prescription Orders**
Patient Copy

Patient: _Brown Kendal_ DOC# _2025-005405_ D.O.B. _7-7-83_

Comments: _____ Allergy: _____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | MD Print/Sign |  |

Location: _____  ☐ Med/Surg  ☐ MHS

**Initials  Print / Sign Name**     **Title**

C H S 8 5 3 0 1

Form #: 853.01
Rev. Feb. 2008    White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient

**Patient Label**