# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6339 | **DATE** | January 28, 2011 |
| **CASE TITLE** | Kendall Bowman (R-18035) vs. Superintendent Snooks, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's renewed motion for leave to proceed *in forma pauperis* [10] is granted. The court authorizes the trust fund officer at Plaintiff's place of confinement to deduct $31.60 from Plaintiff's account, and to continue making deductions in accordance with this order. The clerk shall: (1) send a copy of this order to the trust fund accounts officer at the Mannered Correctional Center, (2) issue summonses for service of the complaint by the U.S. Marshal on the Defendants, except the John Doe Defendants, and (3) send to Plaintiff a magistrate judge consent form and filing instructions along with a copy of this order.

■[ For further details see text below.]    Docketing to mail notices.

## STATEMENT

Plaintiff has submitted an *in forma pauperis* application in accordance with the Court's 11/12/10 order. The court finds that plaintiff is unable to prepay the filing fee, grants the motion to proceed *in forma pauperis*. and assesses an initial partial filing fee of $31.60. The inmate trust accounts officer at plaintiff's place of incarceration shall collect, when funds exist, the partial filing fee from plaintiff's trust fund account and pay it directly to the clerk of court. The trust fund officer shall then collect monthly payments from plaintiff's account in an amount equal to 20% of the preceding month's income credited to the account. Monthly collections shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify plaintiff's name and the case number assigned to this action. Plaintiff remains responsible for the filing fee obligation, and Menard Correctional Center authorities shall notify transferee authorities of any outstanding balance if plaintiff is transferred.

The court has conducted a preliminary review in accordance with 28 U.S.C. § 1915A, and concludes that the complaint may proceed against the defendants. The clerk shall issue summonses for service of the complaint on Cook County Jail Sergeant Brandon, Cook County Jail Superintendent Snooks, and Cook County Jail Officer Maas. No summonses shall issue for the John Doe defendants until their identities are known. Once an attorney enters an appearance for one of the named defendants, plaintiff should send the attorney discovery requests seeking the John Does' identities. Plaintiff may then substitute the actual names for the John Doe defendants and request that they be served with summons.

The U.S. Marshal's Service is appointed to serve Cook County Jail Sgt. Brandon, Cook County Jail Supt. Snooks, and Cook County Jail Officer Maas. Any service forms necessary for plaintiff to complete will be sent by the Marshal as appropriate. The Marshal is directed to make all reasonable efforts to serve defendants. With respect to any former jail employee who can no longer be found at the work address provided by plaintiff, officials at the Cook County Jail shall furnish the Marshal with the defendant's last known address. The information shall be used only to effectuate service or for proof of service if a dispute arises. Any documentation of the address shall be retained only by the Marshal, and shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendants as prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. Plaintiff must provide the court with the original plus a complete judge's copy, including any exhibits, of every document filed. In addition, plaintiff must send an exact copy of any court filing to defendants, or their counsel, if an attorney has entered an appearance on their behalf. Every document filed with the court must include a certificate

| STATEMENT |
|---|
| of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to plaintiff. |