UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
Oct 4, 2010
OCT 4 2010
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JANUARY 28, 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TLMS

KENDELL BOWMAN (BROWN)
PLAINTIFF,

COMPLAINT

-VS-

10CV6339
JUDGE KENNELLY
MAGISTRATE KEYS

SUPERINTENDENT SNOOKS, SERGEANT BRANDON, OFFICER MAAS, JOHN DOE #1, JOHN DOE #2 (COOK COUNTY DEPARTMENT OF CORRECTIONS) DEFENDANTS.

JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED by 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED by THE CONSTITUTION OF THE UNITED STATES.

THE COURT has JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a) (3).

2. THE UNITED STATES NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION IS AND APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b) (2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## PLAINTIFF

3. PLAINTIFF, KENDELL BOWMAN (BROWN), IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS IN THE STATE OF ILLINOIS. HE IS CURRENTLY IN THE CUSTODY OF THE STATE OF ILLINOIS.

## DEFENDANTS

4. DEFENDANT, SNOOKS AT ALL TIMES RELEVANT WAS THE SUPERINTENDENT OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF C.C. DOC, DIV. #10 AND FOR THE WELFARE OF ALL THE DETAINEES OF DIV. #10.

5. DEFENDANT BRANDON IS THE SERGEANT OF C.C. DOC WHO,

AT All TIMES MENTIONED IN THIS Complaint, held THE RANK OF A SERGEANT AND WAS ASSIGNED TO DIV. #10 OF C.C. DOC.

6. DEFENDANT MAAS IS A CORRECTIONAL OFFICER OF C.C. DOC who, AT All TIMES MENTIONED IN THIS Complaint, held THE RANK OF A PRISON GUARD AND WAS ASSIGNED TO C.C. DOC DIV. #10.

7. DEFENDANT John Doe #1 IS A CORRECTIONAL OFFICER OF C.C. DOC who, AT All TIMES MENTIONED IN THIS Complaint, held THE RANK OF A PRISON GUARD AND WAS ASSIGNED TO C.C. DOC DIV. # 10.

8. DEFENDANT John Doe #2 IS A CORRECTIONAL OFFICER OF C.C. DOC who, AT All TIMES MENTIONED IN THIS Complaint, held THE RANK OF A PRISON GUARD AND WAS ASSIGNED TO C.C. DOC DIV. # 10.

9. Each DEFENDANT IS SUED INDIVIDUALLY AND IN his OFFICIAL CAPACITY. AT All TIMES MENTIONED IN THIS Complaint Each DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

# FACTS

10. ON THE DATE OF 11-21-08 PLAINTIFF WAS IN THE GYM ROOM WITH THE REST OF HIS LIVING UNIT WHICH WAS 3-A WHEN TWO DETAINEES STARTED TO FIGHT IN CLOSE PROXIMITY OF HIM AS HE STARTED TO RETREAT TO SAFETY HE SEEN SERGEANT BRANDON RUNNING IN PLAINTIFF DIRECTION WHILE GRABBING HIS MACE SPRAY CAN. SERGEANT BRANDON WAS IN THE GYM ROOM ON GUARD WATCHING THE DETAINEES AND WAS ABLE TO SEE WHEN THE TWO INITIAL DETAINEES STARTED TO FIGHT AND WAS WELL AWARE THAT PLAINTIFF DIDN'T HAVE NOTHING TO DO WITH THE INCIDENT. BUT HE TOOK OUT HIS MACE AND STARTED TO SPRAY RECKLESSLY AT EVERYBODY IN THE AREA. ALMOST TOTALLY MISSING THE INTENDED TARGET IF AN FACT THE ACTUAL DETAINEES THAT WAS INVOLVED IN THE INCIDENT WAS THE INTENDED TARGET HOWEVER PLAINTIFF AND SEVERAL OTHER DETAINEES WAS SPRAYED WITH MOST OF THE SPRAY OUT OF HIS FIRST CAN. PLAINTIFF WAS

Sprayed about the body, Face and Eyes. More Correctional Officers Came into the Gym Room and Sergeant Brandon used Two More Cans of Mace. All Detainees was Ordered to lay Face Down on the Floor. After the Officers Gain Total Control of the incident they begin to Assemble Detainees a Couple at a Time to Go back to the Living Unit. HowEver, plaintiff was one of the First Group of Detainees to be Called to Go back to the Living Unit. Plaintiff was handCuffed then picked up off the Floor by an Unknown Officer identified as John Doe # 1, Do to his inability to See as a Result of being Sprayed in the Eyes with Mace, Plaintiff told him that he was Sprayed in the Eyes with Mace and needed medical attention. John Doe # 1 then told plaintiff that after they Know what's what he then will See if they Can take Care of that. Plaintiff was then Giving to Another Unknown Officer identified as John Doe # 2 who walked him towards the Door and Out the Recreational Room. Plaintiff then Said to John

Doe #2 as they begin to walk to the door "Officer I was sprayed with the mace in my eyes of which any normal person would of notice and it's burning and hurting like hell I need some medical attention now." John Doe #2 (Unknown Officer) then said "Shut the fuck up or I would write you up and ya'll be going to the hole with the rest of them pussy mutherfuckers". Plaintiff didn't have nothing at all to do with the fight and was not wrote up or giving any disciplinary actions. Plaintiff heard the Supt. vice as he was walking out the gym room and was barely able to open his eyes to make sure it was him. Plaintiff then stopped walking right there at the gym room door where the Supt. was and told him that he had been sprayed in the eyes with mace and had nothing to do with the incident. Plaintiff felt that the Supt. had the power to make his officers take him to get medical attention rightaway. But the Supt. reply was "I don't give a fuck" plaintiff was the pushed out of the door by officer (John Doe #2) and

FORCED BACK TO THE LIVING UNIT. PLAINTIFF WAS THEN HANDED OVER TO OFFICER MAAS which WAS THE LIVING UNIT OFFICER AFTER MAKING IT TO THE LIVING UNIT. AND HE WALKED PLAINTIFF TO his CEll AND locKED him IN. AS PLAINTIFF WAS WALKING TO THE CEll hE ToLD OFFICER MAAS A bout THE INCIDENT WITH him bEING SPRAYED IN THE EYE, AND ASK Could he be GIVING SOME MEDICAL ATTENTION OR bE AllOWED A ShowER TO TRY TO DECON-TAMINATE himSElf. OFFICER MAAS THEN STATED "WAIT INTO I lock THE whole LIVING UNIT up FIRST" howEVER THE OFFICER THAT BROUGHT PLAINTIFF TO THE LIVING UNIT HEARD him ASK OFFICER MAAS AND SAID "SUPT. SAID FUCK him." THEN OFFICER MAAS ToLD PLAINTIFF TO JUST USE THE SINK THAT'S IN THE CEll. PLAINTIFF THEN TOLD him THE SINK IN his CEll DIDN'T WORK but OFFICER MAAS locKED him up IN THE CEll ANYWAY. AND WALKED AWAY. UPON INFORMATION AND bELIEF SOME DETAINEES THAT HAD NOTHING TO DO WITH THE INCIDENT AND WAS STILL IN THE Gym Room when PLAINTIFF WAS BROUGHT BACK TO THE LIVING UNIT WAS TOOK TO THE DISPENSARY TO

DECONTAMINATE THEM FROM BEING SPRAYED WITH THE MACE. PLAINTIFF KICKED ON HIS CELL DOOR AND SCREAMED OUT THE 'Chuck hole' FOR help FOR OVER TWO hours, BEFORE he WAS OVERTAKING by THE EXCRUCIATING PAIN AND FORCED TO USE his URINE AND FECES FILLED TOILET FOR DECONTAMINATION. PLAINTIFF SINK AND TOILET had STOP WORKING Almost LIKE A WEEK BEFORE THE INCIDENT. HOWEVER RIGHT AFTER THIS PLAINTIFF STARTED HAVING MIAGRANE LIKE HEAD Ache AROUND MY EYE SOCKETS. PLAINTIFF TAlKED TO A DOCTOR AND WAS GIVING MEDICATION. PLAINTIFF THEN HAD TO SEE A EYE DOCTOR AND WAS TOLD MY EYE SIGHT HAVE DECREASED AND WAS GIVING A PRESCRIPTION FOR GLASSES. THIS WAS A RESULT OF PLAINTIFF BEING SPRAYED IN THE EYES WITH MACE.

## EXHAUSTION OF REMEDIES

11. PLAINTIFF REALLEGES PARAGRAPH 1 THROUGH 10 AS IF FULLY STATED HERE.

12. PLAINTIFF FILED A GRIEVANCE WITH THE ADMINISTRATION OF THE INSTITUTION CONCERNING THE FACTS IN THIS COMPLAINT BEFORE BRINGING THIS ACTION IN FEDERAL COURT. HOWEVER THE GRIEVANCE WAS NOT RESOLVED TO PLAINTIFF'S SATISFACTION SO PLAINTIFF APPEAL THE GRIEVANCE. PLUS PLAINTIFF CONTINUED TO COMPLAIN TO AUTHORITIES.

13. PLAINTIFF FILED 10 GRIEVANCE CONCERNING THIS MATTER. AND ALL GRIEVANCE AND RESPONSES IS LABEL AS EXHIBIT A THROUGH R.

## LEGAL CLAIM

14. PLAINTIFF REALLEGES PARAGRAPH 1 THROUGH 13 AS IF FULLY STATED HERE.

15. DEFENDANTS OFFICER MAAS, UNKNOWN OFFICER (JOHN DOE # 1) AND UNKNOWN OFFICER (JOHN DOE # 2) ALL LEARNED OF THE VIOLATION OF PLAINTIFF RIGHTS BY HIM BEING SPRAYED WITH MACE ABOUT THE BODY, FACE AND EYES WHILE HAVING NOTHING TO DO WITH THE INCIDENT THAT WAS THE CAUSE OF SPRAYING. HOWEVER AFTER BEING WELL AWARE THAT PLAINTIFF SAFETY WAS AT RISK DEFENDANTS

FAIL TO TAKE THE PROPER STEPS TO MITIGATE THIS DANGEROUS CIRCUMSTANCE AND ACTING WITH A TOTAL RECKLESS AND DISREGARD FOR PLAINTIFF PHYSICAL SAFETY. SO BY ACTING WITH UNPROFESSIONAL AND A WANTON CONDUCT DEFENDANTS IGNORED THE IMMINENT DANGER TO PLAINTIFF AND ALLOWED AND FORCED HIM INTO A UNSAFE LIVING ENVIRONMENT SHOWING DELIBERATE INDIFFERENCE AND CRUEL AND UNUSUAL PUNISHMENT WHICH VIOLATE PLAINTIFF EIGHTH AMENDMENT RIGHTS UNDER THE UNITED STATES CONSTITUTION.

16. DEFENDANT SERGEANT BRANDON WAS FULLY AWARE THAT PLAINTIFF DIDN'T HAVE NOTHING TO DO WITH THE INCIDENT AND STILL SPRAYED HIM FOR NO REASON. AND EVEN AFTER THE INCIDENT WAS WELL UNDER CONTROL SERGEANT BRANDON FAIL TO REGET TO THE HEALTH AND SAFETY OF PLAINTIFF SO AFTER LEARNING PLAINTIFF HEALTH AND SAFETY WAS AT RISK DEFENDANT SGT. BRANDON DID NOT TAKE THE PROPER STEPS TO MITIGATE THIS DANGEROUS CIRCUMSTANCE AND ACTED WITH A TOTAL RECKLESS AND DISREGARD FOR THE PHYSICAL SAFETY OF DETAINEES UNDER HIS WATCH, THEREBY VIOLATING PLAINTIFF RIGHTS AND CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT AND DELIBERATE INDIFFERENCE UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

17. DEFENDANT SUPERINTENDENT SNOOKS INSTRUCTED HIS

GUARDS TO IGNORE PLAINTIFF MEDICAL NEEDS BY SAYING FUCK HIM AND CREATED A POLICY FOR HIS GUARDS NOT TO REACT TO THE IMMINENT PHYSICAL HARM TO PLAINTIFF.

18. DEFENDANT SUPERINTENDENT SNOOKS AFTER BEING WELL AWARE OF PLAINTIFF EXPOSURE TO THE MACE AND THE IMMINENT DANGER FAILED TO ACT IN A WAY THAT LED TO THE VIOLATION OF PLAINTIFF'S RIGHTS.

19. DEFENDANT SUPERINTENDENT SNOOKS IS ALSO AWARE THAT HIS OFFICER IN DIV. #10 HAVE A HABIT OF SPRAYING MACE ON MORE THAN JUST THE DETAINEES WHO ARE INVOLVED IN THE ALTERCATIONS. THIS PRACTICE IF NOT MALICIOUS, WANTON OR INTENTIONALLY CALLOUS, IS A FAILURE TO TRAIN OFFICERS TO SPRAY AND HANDLE THEIR MACE IN A WAY THAT WOULD MINIMIZE PHYSICAL HEALTH INJURIES TO DETAINEES AS WELL AS OTHER OFFICERS.

20. DEFENDANT SUPERINTENDENT SNOOKS WAS GROSSLY NEGLIGENT IN MANAGING THE PEOPLE HE SUPPOSED TO SUPERVISE. THIS FAILURE TO TRAIN AND MANAGE HIS OFFICERS IS THE RESULT OF PHYSICAL INJURIES TO PLAINTIFF AND SHOWS A MALICIOUS, WANTON, INTENTIONALLY CALLOUS AND DELIBERATE INDIFFERENCE AS WELL AS RECKLESS DISREGARD FOR THE SAFETY OF PLAINTIFF AND OTHER DETAINEES. THEREBY VIOLATING THEIR

Constitutional protected Rights.

## Relief

Wherefore, plaintiff Respectfully prays that this Court Enter Judgment Granting plaintiff:

21. Compensatory Damages in the Amount of $15.000 Against Each Defendant.

22. Punitive Damages in the Amount of $15.000 Against Each Defendant.

23. Plaintiff Costs in this Suit.

24. A Jury Trial on all issues Triable by Jury.

25. Any additional Relief this Court Deems, Just, Proper, and Equitable.

Dated: ____________

____________

____________

____________

____________
Respectfully Submitted

# VERIFICATION

By SIGNING THIS Complaint, I CERTIFY THAT THE FACTS STATED IN THIS Complaint ARE TRUE TO THE best OF my KNOWLEDGE, INFORMATION AND belief. I UNDERSTAND THAT IF THIS CERTIFICATION IS NOT CORRECT, I may be Subject TO SANCTIONS by THE COURT.

/s/ ______________________

EXHIBIT, A

Part-A / Control #: X

Referred To: DIV 10 SUPT

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Kendell

ID #: 2005-0054065 Div.: 10 Living Unit: 3-A Date: 11 / 17 / 08

BRIEF SUMMARY OF THE COMPLAINT: My sink dont work i been tell the officer for the longe...

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
all the officer that work 3-A from 11-16-0... to n...

ACTION THAT YOU ARE REQUESTING:
that my sink be fixed

**DETAINEE SIGNATURE:** Kendell Brown

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 12 / 8 / 08

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT, B

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST**

***Please Note :***

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Brown **First Name:** Kendell

**ID#:** 2005-0084005 **Div:** 10 **Tier/LivingUnit:** 3A

**Date of Request:** 11/17/08 **Date C.R.W. Received Request:** 12/6/08

**This request has been processed by:** [signature] **C.R.W.**

***Summary of Request:***

Detainee is requesting that his sink his cell be repaired.

***Response and/or Action Taken:***

________________ - ________________ **Date:** ___/___/___ **Div./Dept.** _____

**(Print- name of individual responding)** **(Signature of individual responding)**

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

EXHIBIT,C

Part-A / Control #: X

Referred To: DIV 10 CLOTHING [illegible]

[X] Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Kendell

ID #: 2008-[illegible]4065 Div.: 10 Living Unit: 3-A Date: 11/22/08

BRIEF SUMMARY OF THE COMPLAINT: on the date of 11/21/08 I was sprayed with mace about the body all in the [illegible] my uniform [illegible] socks and [illegible] was damage my Boxers, sock and T-shirt I paid for with my own money [illegible] because I had nothing to do with the incident that cause Sgt. Brandon to spray me the full of my clothes being damage is on C.C.DOC.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Sgt. Brooks, Sgt. Brandon, officer [illegible]

ACTION THAT YOU ARE REQUESTING:
that I be reimburse for my clothes that was damage.

**DETAINEE SIGNATURE:** Kendell Brown

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: 12/8/08

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Brown **First Name:** Kendell

**ID#:** 2005-0054065 **Div:** 10 **Tier/LivingUnit:** 3A

**Date of Request:** 11/22/08 **Date C.R.W. Received Request:** 12/3/08

**This request has been processed by:** [signature] **C.R.W.**

***Summary of Request:***

Detainee is requesting that his undergarments be replaced (boxers, t-shirts and socks) due to the items being sprayed and damaged by mace on 11/21/08.

***Response and/or Action Taken:***

_______________ - _______________ **Date:** ___/___/___ **Div./Dept.** 10

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Prog. Not request. 2 of 2

EXHIBIT E

Part-A / Control #: 2008X2116

Referred To: DIV 10 SUPT

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Kendell

ID #: 2005-0054065 Div.: 10 Living Unit: 3-A Date: 11/22/08

BRIEF SUMMARY OF THE COMPLAINT: On the date of 11/21/08 I was in the recreational room with the rest of my unit when two detainees started to fight. i was in close proximity when Sgt. Brandon acted to control the incident by spraying a orange liquid substance (believe to be mace) almost totally missing the intended target and hitting me with most of the spray. after the incident was under control i ask to be giving medical attention but was denied and forced to go to my cell and stay. and i receive no standar procedure actions to take after being sprayed.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Supt. Snooks, Sgt. Brandon, officer mass, officer

ACTION THAT YOU ARE REQUESTING: Sgt. Brandon [redacted]

[redacted]

officer mass to get a week off without pay.

**DETAINEE SIGNATURE:** [signature]

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 12/8/08

***Please note:* *Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT (F)

1 of 2

Part-A / Control #: 2008X 21166

Referred To: DIV 10 SUPT

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Kendell

ID #: 2005-0054065 Div.: 10 Living Unit: 3-A Date: 11/26/08

BRIEF SUMMARY OF THE COMPLAINT: On the date of 11/21/08 I was sprayed with mace in the gym room i had nothing to do with the incident that was the cause of the spraying. after tell several officer that i needed medical attention i was told shut the fu#k up or i would be put in the hole with the guys that was in the incident. upon leaving the gym room i told the supt. that i was also sprayed in the eye he told me he didn't give a fu#k. after making it back on the unit officer mass was locking up the detainee so i told him and he said to wash my eye in the sink in my cell so i told him my ... don't ...

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Supt. Jacks. Sgt. Brendon. officer mass,

ACTION THAT YOU ARE REQUESTING: that the supt - sgt - and officer that had knowledge of this incident and did not see to my medical needs being taken care of be punish.

**DETAINEE SIGNATURE:** Kendell Brown

C.R.W.'S SIGNATURE: [signature]

DATE C.R.W. RECEIVED: 12/5/08

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** BROWN **First Name:** KENDALL **ID#** 2005-0054065

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges unprofessional conduct by officer.

**C.R.W. Referred Griev. To:** DIV 10 SUP **Date Referred:** 12/9/08

**Response Statement:**

(print- name of individual responding to this griev.) (signature of individual responding to this griev.) **Date:** / / **Div./Dept.**

(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.) **Date:** / / **Div./Dept.**

(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.) **Date:** 12/10/08

**Date Detainee Received Response:** 12/09/08 **Detainee Signature:** [signature]

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 12 / 9 /

***Detainee's Basis For An Appeal:*** I was sprayed with mace, i didn't have nothing to do with the incident to be sprayed, i wasn't been write up or receive discipline, because i didn't do nothing

***Appeal Board's Acceptance Of Detainee's Request:*** YES ☒ NO ☐

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

Please provide incident reports regarding this matter.

***Appeal Board's Signatures / Dates:***

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 01/22/09 **Detainee Signature:** [signature]

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

3 of 3

EXHIBIT,H

Part-A / Control #: 2009 X 0022

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: kendell

ID #: 2005-0054065 Div.: 10 Living Unit: 3-A Date: 12/19/08

BRIEF SUMMARY OF THE COMPLAINT: I talk to Dr. R. CEDVORA agin on 12/09/08 about my incidant with me being sprayed in the eye with mace and the fact that now it feel like a a lengthy exposure to light hurt and irritate my eyes. I start seine blurry and then get like this migrane feeling in my eyes. I think I really need my eyes checked by a eye Doctor. I will like for this to be processed as a grievance.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Dr. R. CEDVORA - Supt Snooks - Nurse ANDY

ACTION THAT YOU ARE REQUESTING:
that i have my eyes check by a eye Doctor

**DETAINEE SIGNATURE:** Kendell Brown

C.R.W.'S SIGNATURE: [signature]    DATE C.R.W. RECEIVED: 1/2/09

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

1 of 2

EXHIBIT, J

Part-A / Control #: 2009X0152

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Kendell

ID #: 2008-0054065 Div.: 10 Living Unit: 3-A Date: 01/21/09

BRIEF SUMMARY OF THE COMPLAINT: On or about 1-08-09 i went to see The eye doctor about my constant extreme severe head aches and blur of sight which i believe to be the result of me being sprayed in the eyes with mace on 11/21/08 or about that day. however the eye doctor said as far as he could see my vision was 20/20 for now. But i still these head aches at less once a day. it's like i strain to see from a constant exp-osure to light then i see blurry and things in rainbow colors then the migraines throb-bing around my eyes. Dr. R. LEDVORA give me medic-tion that dont seem to really work or help be he never diagnose me with nothing. [illegible]

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Dr. R. LEDVORA

ACTION THAT YOU ARE REQUESTING: That i see another doctor an get some kind of diagnosis on what wrong with me

**DETAINEE SIGNATURE:** Kendell Brown

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: 1/23/09

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT,K

Part – B / Control # 2009X

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Brown **First Name:** Kendell **ID#:** 2008-0054065

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges lacking medical attention

**C.R.W. Referred Griev. To:** Cermak **Date Referred:** 1/26/09

**Response Statement:**

Referred to Medical Director

[signature] (print- name of individual responding to this griev.) - [signature] (signature of individual responding to this griev.) **Date:** 1/30/09 **Div./Dept.** CHS

[signature] (print - name of Supt. / Designee / Dept. Admin.) - [signature] (signature of Supt. / Designee / Dept. Admin.) **Date:** 01/31/09 **Div./Dept.** 10

[signature] (print - name of Prog. Serv. Admin./ Asst. Admin.) - [signature] (signature of Prog. Serv. Admin./ Asst. Admin.) **Date:** 1/30/09

**Date Detainee Received Response:** 02/05/09 **Detainee Signature:** Kendell Brown

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 02/05/09

***Detainee's Basis For An Appeal:*** I talk to eye doctor but he said he thinks I'm by lying about my eye problem and said he just gots to put see 20/20 i need to see another eye doctor please.

***Appeal Board's Acceptance Of Detainee's Request:*** *YES* ☒ *NO* ☐

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

Please ensure detainee medical concerns are addressed ASAP.

***Appeal Board's Signatures / Dates:***

[signature] [signature]

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 03/10/09 **Detainee Signature:** Kendell Brown

GRIEVANCE CODE(S): (______) (______) (______) (______)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

S

4/g/4

Part-A / Control #: 2009X0121

Referred To: CCHHK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Kendell

ID #: 2005008 4065 Div.: 10 Living Unit: 3-A Date: 02/09/09

BRIEF SUMMARY OF THE COMPLAINT: I have complain about my eye problem with the medical professionals (constant migranes and blur of sight) this problem is the cause of me being sprayed in the eye with mace and not properly treated. however one of the Dotor here give me medication to help me cope with the problem but how ever it is that i take isnt working im still suffering the same.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Dr. R. LEDUCRA

ACTION THAT YOU ARE REQUESTING:

That i be giving a diffrent type of medication that work.

**DETAINEE SIGNATURE:** Kendell Brown

C.R.W.'S SIGNATURE: [illegible]

DATE C.R.W. RECEIVED: 3/13/09

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT M

Part-A / Control # 2009X0427

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Kendall

ID #: 2005-0054065 Div.: 10 Living Unit: 3-A Date: 02/24/09

BRIEF SUMMARY OF THE COMPLAINT: On the date of 02-06-09 I received a response to my appeal about a grievance of me being sprayed in the eye with mace however their response say that "please ensure detainee medical concerns are addressed A.S.A.P. but i talk to the eye doctor C.C.DOC keep sending me to because me and him had exchange some unprofessional words. i think that's way he is acting prejudice towards me and wont give me a accurate eye exam. which would lead to him keep putting 20/20 on there saying i am just like the rest of black people lie all the times.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Medical Director.

ACTION THAT YOU ARE REQUESTING: that i be able to see another eye doctor because the one i seen is prejudice against me.

**DETAINEE SIGNATURE:** Kendall Brown

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 3/13/09

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.) (YELLOW COPY - C.R.W.) (PINK COPY - DETAINEE) (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

EXHIBIT N

Part-A / Control #: 2009X0427

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Randell

ID #: 2005-0054065 Div.: 10 Living Unit: 3-A Date: 03/09/09

BRIEF SUMMARY OF THE COMPLAINT: On two different occasions i received medical misconduct from the doctor eye Cermak hospital as well as racial slurs from him. This misconduct is inappropriate and unprofessional. However this conduct was lead to me not being able to received proper medical treatm

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

That this matter be look into ASAP and [illegible] serious.

**DETAINEE SIGNATURE:** [signature]

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 3/13/09

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** [illegible] **First Name:** [illegible] **ID#:** [illegible]

**Is This Grievance An Emergency?** YES ☐ NO ☐

**C.R.W.'S Summary Of The Complaint:** [illegible] care and medical [illegible]

**C.R.W. Referred Griev. To:** [illegible] **Date Referred:** 3/13/09

**Response Statement:** [illegible] Med. [illegible] Div. Physician

[illegible] - [illegible] **Date:** 3/16/09 **Div./Dept.** [illegible]

(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Supt Miller - [illegible] **Date:** 3/19/09 **Div./Dept.** X

(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

[illegible] - [illegible] **Date:** 3/17/09

(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 04/07/9 **Detainee Signature:** [signature]

### *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 04/07/09

***Detainee's Basis For An Appeal:*** I really need to see another eye Doctor this is a medical issue. and sh[ould] be address. I correntty on medication, but it don't [illegible]

***Appeal Board's Acceptance Of Detainee's Request:*** YES ☒ NO ☐

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

Please ensure detainee medical needs are addressed ASAP.

***Appeal Board's Signatures / Dates:*** [signature] 4/22/09

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 05/04/09 **Detainee Signature:** [signature]

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: X

Referred To: Supt Div-10

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Kendell

ID #: 2005-0054065 Div.: 10 Living Unit: 1-A Date: 08/24/09

BRIEF SUMMARY OF THE COMPLAINT: I am indigent and can't afford to buy seing or reading glasses. I have a precription from the eye doctor saying I need glasses. however because of me being indigent and incarcerated I could not provide the adequate care needed. so therefor C.C.DOC have a priority thrcough inmate trust fund to make sure inmates needs are met

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Mr. Bush

ACTION THAT YOU ARE REQUESTING:

To be giving glasses.

**DETAINEE SIGNATURE:** Kendell Brown

C.R.W.'S SIGNATURE: See Worker Dean DATE C.R.W. RECEIVED: 9/3/09

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT Q

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

***Please Note :***

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Brown **First Name:** Kendell

**ID#:** 2005-0054065 **Div:** 10 **Tier/LivingUnit:** 4A

**Date of Request:** 8/24 **Date C.R.W. Received Request:** 9/3/09

**This request has been processed by:** See Walker Dean **C.R.W.**

***Summary of Request:***

Detainee would like some eyeglasses

***Response and/or Action Taken:***

Per Supv. "Detainee should forward prescription to family or friend to have glasses made and brought to the CCDOC. Family must present prescription and eyeglasses (plastic only) to Division lobby."

[signature] (Print- name of individual responding) - [signature] (Signature of individual responding) **Date:** 9/3/09 **Div./Dept.** 10

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

EXHIBIT,R

**Prescription Orders**
**Patient Copy**

Patient: Brown Kendal DOC# 20__-005465 D.O.B. 7-7-83

Comments: ______ Allergy: ______

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| | | |
| | [illegible] | |
| | [illegible] | |
| | | |
| | | |
| | MD Print/Sign | |

Location: ______ ☐ Med/Surg ☐ MHS

Initials Print / Sign Name Title

CHS85301

Form #: 853.01
Rev. Feb. 2008

White Copy: Medical Records Pink Copy: Pharmacy Green Copy: Nursing/CMT/Dialysis Yellow Copy: Patient

Patient Label