IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENDELL BOWMAN (BROWN), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 C 6339 |
| | ) | |
| SUPERINTENDENT SNOOKS, SERGEANT | ) | Judge Kennelly |
| BRANDON, OFFICER MAAS, JOHN DOE #1, | ) | Magistrate Keys |
| JOHN DOE #2, (COOK COUNTY | ) | |
| DEPARTMENT OF CORRECTIONS), | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Kendell Bowman
      Pro Se Plaintiff
      R-18035
      Menard – MND
      P.O. Box 711
      Menard, IL 62259

   PLEASE TAKE NOTICE that on **July 12, 2011 at 9:30 a.m**., I shall appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him in Room 1003 of the United States District Court, Northern District of Illinois, Eastern Division, and present the *Defendants' Motion to Extend Time to Answer, Move or Otherwise Plead.*

Respectfully Submitted,

ANITA ALVAREZ                              By: /s/ Patrick S. Smith
State's Attorney of Cook County                Patrick S. Smith
                                               Deputy Supervisor
                                               69 W. Washington, Suite 2030
                                               Chicago, IL  60602
                                               (312)  603-1422

## CERTIFICATE OF SERVICE

    I, Patrick S. Smith, certify that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney pursuant to CM/ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on April 21, 2011.

\s\ Patrick S. Smith