# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Kendall Bowman

                      Plaintiff,

v.                                             Case No.: 1:10–cv–06339
                                                       Honorable Matthew F. Kennelly

Thomas Snooks, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 20, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Motion for extension of time to answer is granted. Answer to the complaint is to be filed by 10/20/2011. Motion for identification is granted. Doe defendants are to be identified by 10/11/2011. Status hearing held. Initial status hearing is set for 11/7/2011 at 09:00 AM., in Chambers, room 2188.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.